Law Offices of Ezra Spilke

Sentencing is adjourned from June 28, 2028 to October 5, 2023 at 11:00 a.m.
SO ORDERED.
Dated: 6/16/2023

*P. Kevin Castel*
United States District Judge

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

June 16, 2023

**By ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Maria Perez, true name Elisa Martinez*, No. 22 Cr. 658 (S.D.N.Y.)

Your Honor:

With the government's consent, I write to request an adjournment of Ms. Martinez's sentencing hearing. We are still awaiting records relevant to sentencing, including medical records pertaining to Ms. Martinez's infant son. In addition, an adjournment will give the parties an adequate opportunity to discuss awarding Ms. Martinez credit under proposed § 4C1.1 of the Sentencing Guidelines. Chambers has informed me that October 5, 2023, at 11:00 AM, is a convenient time for the Court.

This is the first request for an adjournment. Please excuse the lateness of this letter. Yesterday, I concluded trial before Judge Caproni in *United States v. Jonathan Garcia*, 19 Cr. 862 (VEC). I have conferred with AUSA Marguerite Colson who informs me that the government has no objection to this request.

Respectfully submitted,

Ezra Spilke

cc:   AUSA Marguerite Colson, by ECF