UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -v-                                           22-cr-658 (PKC)

MARIA PEREZ,

                   Defendant.               ORDER

CASTEL, U.S.D.J:

      Sentencing originally scheduled for October 5, 2023 is moved up to October 3, 2023 at 10:30 a.m. in Courtroom 11D.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 26, 2023