# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

March 22, 2025

**By ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Maria Perez, true name Elisa Martinez*, No. 22 Cr. 658 (S.D.N.Y.)

Your Honor:

I am writing to request an order directing Pretrial Services to return Ms. Martinez's passport, which had been surrendered as part of her bail package in this case, to her husband Eusebio Antonio Rodriguez. Thank you for your attention to this matter.

Respectfully submitted,

Ezra Spilke

cc:   AUSA Marguerite Colson, by ECF

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
3-24-25